United States District Court
for The
Southern District of Illinois

Brian K. Bowlby

Plaintiff

V.S.

14-773-NJR

SCANNED AT MENARD and E-mailed
7-9-14   by  BB  21  pages
date       initials  No.

Saline County
Sheriff's Dept.
Illinois

Defendant

Complaint
Count I

I Brian K. Bowlby come pro-sE
for a cause of action against Saline
County Sheriff's Department for
Wrong ful Conviction and incaration and
states as follows.

I on or About January 21 2011
plaintiff was Arrested by CenTralia
police Dept. on A Warrent from Saline
County, Harrisburge, Illinois

2  ON or About JANUARY 25 2011 A Grand Jury Was held Defendant Was Not Allowed To Attend as for his own defence

3  ON or About JANUARY 26 2011 THe court Appointed Lowell Tison JR To Repersent THe Above Plaintiff In Saline County CASE No 2011-CF-22

4  ON or About JANUARY 27, 2011 THe Above Plaintiff Spoke To Atterney Lowell Tison About Conflict of intrest

5  ATterney Lowell Tison Was THe STATE's ATterney Who HANDled THe Def's CASE 02-JA-25, 26, 27, 28

6  ATterney Lowell Tison failed To investigate Into THe allagations

7  Saline County ASSISTANT STATE's ATterney Eva Walker failed To investigate in To THe alligations Alledged IN Saline County CASE No 2011-CF-22

8   ON or About Febuary 1 2012  ASS. STATE'S Atterney Made improper and prejudicial comments in opening statements

9  ON or About Febuary 2 2012 ASS. STATE's Atterney EVA Walker Made improper And prejudicial comments in closing arguments

10  The STATE called STACY Allen To Testify AT Trial To SHOW propensity

11  The Alledged Acts STACY Allen Testified To ARe in excess of 20 years old UNCHARged And UNproven Allagations

12  ON or About Febuary 2 2012 plaintiff was wrongfully convicted of 18 counts of Predatory Criminal Sexual Assault of A Child And one count of Criminal Sexual Abuse

13  following The Trial plaintiff filed A Motion for a New Trial do To ineffective Assistance of Council

14 The court Appointed Attorney Nathan Rolland To investigate into The Motions Allagations

15 Plaintiff's Motions was Denied

16 Plaintiffs Was Sentenced To The Illinois Department of Corrections

17 Plaintiff filed Notice of Appeal

18 Plaintiffs Appeal is Still Pending

Wherefore The plaintiff Brian K Beulby prays Judgement Against Saline County Sheriff's Dept In The Sum of Seven Hundred And fifty Thousand Dollars (750,000) Plus The Cost of This Suit

COUNT II

Brian K Bowlby for Additional
Cause of Action Against Saline County
Sheriff's Department As To Count
II of Case Number 11-CF-22 And
States That

1-18 The plaintiff repeats And
re alledges The Allegations Contained
In Paragraphs (1)-(18) of Count 1 As
And for Paragraphs (1)-(18) of This
Count

Wherefore The plaintiff Brian
K Bowlby prays Judgment Against
Saline County Sheriff Department
In The Sum of Seven Hundred
Fifty Thousand Dollars (750,000)
Plus The Cost of This Suit

Plaintiff Demands Trial
of This Count by Jury

## COUNT III

Brian K Bowlby is Additional Cause of Action Against Saline County Sheriff's Department As To Count III of Case Number 11-CF-22 And States That

1-18 The plaintiff repeats And realledges The Allegations Contained in Paragraphs (1)-(18) of Count I As And for Paragraphs (1)-(18) of This Count

Wherefore The plaintiff Brian K Bowlby prays Judgement Against Saline County Sheriff's Department In The Sum of Seven hundred fifty Thousand Dollars (750,000) Plus The cost of This suit

Plaintiff Demands Trial of This Count by Jury

## COUNT IV

Brian K Bowlby for Additional cause of Action against Saline County Sheriff's Dept. As to Count IV of Case Number 11-CF-22 And States That

1-18 The Plaintiff repeats and reallcdges The Allegations contained in Paragraphs (1)-(18) of Count 1 As And for paragraphs (1)-(18) of This Count

Wherefore The plaintiff Brian K Bowlby prays Judgment Against Saline County Sheriff's Dept. in The Sum of Seven Hundred Fifty Thousand Dollars (750,000) Plus The Cost of This Suit

Plaintiff Demands Trial of This Count by Jury

COUNT V

Brian K. Bowlby for Additional Cause of Action Against Saline County Sheriffs Dept. As To Count V of Case Number 11-CF-22 And States That

1-18 The plaintiff repeats And realledges The Allegations Contained in paragraphs (1)-(18) of count 1 As And for paragraphs (1)-(18) of This count

Where fore The plaintiff Brian K Bowlby prays Judgement Against Saline County Sheriff's Department in The Sum of Seven Hundred fifty Thousand Dollars (750,000) Plus The Cost of This suit

Plaintiff Demands Trial of This count by Jury

COUNT VI

Brian K Bowlby for Additional
cause of Action Against Saline County
Sheriff's Department as to count VI
of case Number 11-CF-22 And
states that

1-18 The plaintiff repeats
And realledges the allegations
contained in paragraphs (1)-(18) of
Count I as and for paragraphs
(1)-(18) of this count

Where fore the plaintiff
Brian K Bowlby pray's Judgement
Against Saline County Sheriff's
Department in the sum of Seven
Hundred Fifty Thousand Dollars
(750,000) Plus the cost of this
Suit

Plaintiff Demands Trial of
This count by Jury

Count VII

Brian K Bowlby for Additional
Cause of Action Against Saline County
Sheriff's Department As To Count VII
of Case Number 11-CF-22 And States
That

1-18. The plaintiff repeats and
realledges The Allegations contained
in paragraphs (1)-(18) of Count I, As
And for paragraphs (1)-(18) of This
count

Where fore The plaintiff Brian
K. Bowlby prays Judgement
Against Saline County Sheriff's Dept
in The Sum of Seven Hundred
Fifty Thousand Dollars (750,000)
Plus The cost of This Suit

Plaintiff Demands Trial
of This count by Jury

## Count V III

Brian K Bowlby for Additional Cause of Action Against Saline County Sheriff's Department As To Count V III of Case Number 11-CF-21 And States That

1-18 The Plaintiff repeats and reallledges The Allegations Contained in Paragraphs (1)-(18) of Count 1 As And for Paragraphs (1)-(18) of This Count

Where fore The plaintiff Brian K Bowlby prays Judgment against Saline County Sheriff's Dept. in The sum of Seven Hundred Fifty Thousand Dollars (750,000) Plus The cost of This Suit

Plaintiff Demands Trial of This Count by Jury

## Count IX

Brian K. Bowlby for Additional Cause of Action Against Saline County Sheriff's Department as to Count IX of Case Number 11-CF-22 And States That

1-18 The plaintiff repeats and realledges the Allegations Contained in paragraphs (1)-(18) of Count 1 as and for paragraphs (1)-(18) of this Count

Wherefore the plaintiff Brian K. Bowlby prays Judgement Against Saline County Sheriff's Dept. in the sum of Seven Hundred fifty Thousand Dollars ($750,000) Plus the cost of this suit

Plaintiff Demands Trial of this Count by Jury

## COUNT X

Brian K Bowlby for Additional Cause of Action Against Saline County Sheriff's Department As To Count X of Case Number 11-cF-22 And State's That

1-18 The plaintiff repeats And re alledges The Allegations Contained in paragraphs (1)-(18) of Count 1 As And for paragraphs (1)-(18) of This Count

Wherefore The plaintiff Brian k Bowlby prays Judgment Against Saline County Sheriff's Dept. in The Sum of Seven Hundred fifty Thousand Dollars (@750,000) Plus The Cost of This Suit

Plaintiff Demands Trial of This Count by Jury

Count XI

Brian K Bowlby for Additional Cause of Action Against Saline County Sheriff's Department As To Count XI of Case Number 11-CF-22 And States That

1-18 The plaintiff repeats And reallledges The Allegations contained IN Paragraphs (1)-(18) of Count 1 As And for paragraphs (1)-(18) of This Count

Wherefore The plaintiff Brian K Bowlby prays Judgement Against Saline County Sheriff's Dept. IN The Sum of Seven Hundred fifty Thousand Dollars ($750,000) Plus The Cost of This Suit

Plaintiff Demand Trial of This Count by Jury

## COUNT XII

Brian K Bowlby for additional cause of Action Against Saline county Sheriff's Department As To Count XII of CASE Number 11-CF-22 And States That

1-18 The plaintiff repeats And realledges The Allegations contained in paragraphs (1)-(18) of count I As And for paragraphs (1)-(18) of this count

Wherefore The plaintiff Brian K Bowlby prays Judgement Against Saline county Sheriff's Department in The sum of seven Hundred fifty thousand Dollars (@750,000) Plus The cost of This suit

plaintiff Demands Trial of This count by Jury

COUNT XIII

Brian K Bowlby for Additional cause of Action Against Saline County Sheriff's Department as to Count XIV of case Number 11-CF-22 And state's That

1-18 The Plaintiff repeats And re Alledges The Allegations contained in paragraphs (1)-(18) of Count I as And for paragraphs (1)-(18) of This Count.

Wherefore The plaintiff Brian K Bowlby prays Judgement Against Saline County Sheriff's Department in The Sum of Seven Hundred fifty Thousand Dollars ($750,000) Plus The coost of This Suit

Plaintiff Demands Trial of This Count by Jury

COUNT XIV

Brian K. Bowlby for Additional
Cause of Action Against Saline County
Sheriff's Department As To Count XV
of Case Number 11-CF-22 And States

1-18. The plaintiff repeats And
realledges The Allegations Contained
In paragraphs (1)-(18) of ~~this~~ Count 1 As
And for paragraphs (1)-(18) of This
Count

Wherefore The plaintiff Brian K.
Bowlby prays Judgement Against
Saline County Sheriff's Department
In The sum of Seven Hundred fifty
Thousand Dollars (@750,000) Plus
The cost of This Suit

Plaintiff Demands Trial of
This Count by Jury

COUNT XV

Brian K Bowlby for Additional Cause of Action Against Saline County Sheriff's Department As To Count XVI of Case Number 11-CF-22 And State's That

1-18 The plaintiff repeats And realledges The Allegations Contained in paragraphs (1)-(18) of Count 1 As And for paragraphs (1)-(18) of This Count

Where fore The plaintiff Brian K. Bowlby prays Judgment Against Saline County Sheriff's Department in The Sum of Seven Hundred fifty Thousand Dollars (750,000) Plus The cost of This Suit

Plaintiff Demands Trial of This Count by Jury

COUNT XVI

Brian K Bowlby for Additional Cause of Action Against Saline County Sheriff's Department as to Count XVII of Case Number 11-CF-22 And States that

1-18 The plaintiff repeats and realledges the allegations contained in paragraphs (1)-(18) of Count I as and for paragraphs (1)-(18) of this Count

Wherefore the plaintiff Brian K Bowlby prays Judgment Against Saline County Sheriff's Department in the sum of Seven Hundred fifty Thousand Dollars ($750,000) Plus the cost of this suit

Plaintiff Demands Trial of this Count by July

## COUNT XVII

Brian K Bowlby for Additional Cause of Action Against Saline County Sheriff's Department as to Count XVIII of Case Number 11-CF-22 and State's That

1-18 The plaintiff repeats and realledges the Allegation's contained in paragraphs (1)-(18) of Count 1 as and for paragraphs (1)-(18) of this count

Wherefore the plaintiff Brian K Bowlby prays Judgment Against Saline County Sheriff's Department in the Sum of Seven Hundred fifty Thousand Dollars (750,000) Plus the Cost of This Suit

Plaintiff Demands Trial of This Count by Jury

## COUNT XVIII

Brian K Bowlby for Additional Cause of Action Against Saline County Sheriffs Department As To Count XIX of Case Number 11-CF-22 And States That

1-18. The plaintiff repeats And re alledges The Allegations Contained in paragraphs (1)-(18) of Count 1 As And for paragraphs (1)-(18) of This Count

Where fore The Plaintiff Brian K Bowlby prays Judgment Against Saline County Sheriff's Department In The Sum of Seven Hundred fifty Thousand Dollars ($750,000) Plus The cost of This Suit

Plaintiff Demands Trial of This Count by Jury

COUNT XIX

Brian K Bowlby for Additional
Cause of Action Against Saline County
Sheriff's Department As To Count XXI
Of Case Number 11-CF-22 And State's

1-18 The plaintiff Repeats And
realledges The Allegations contained
in paragraphs (1)-(18) of Count 1 As
And for Paragraphs (1)-(18) of This
Count

Where fore The plaintiff
Brian K Bowlby prays Judgment
Against Saline County Sheriff's
Department In The Sum of Seven
Hundred fifty Thousand Dollars
($750,000) Plus The Cost of This
Suit And Seven Hundred fifty
Thousand for Mental Stress @ $750,000)
Plus The Cost of Incaration

Plaintiff Demands Trial of
This count by Jury

UNder peNALTy of perJury THe INForMaTioN CoNTAiNed Here iN is True AND Correct To THe besT of My KNowLedge

Brian K BowLby

Brian K BowLby
B 88543
Po Box 1000
MeNARD IL 62259

NoTice ANd proof of Service

To DoNALD KieTH BrowN
   LAW ENforcemeNT & DeTeNSioN ceNTer
   ONE N MaiN STreeT SuiT 3
   HARRisburg IL 62946